ELLIS, Appellant, v. MILLER et al., Respondent. (Supreme Court, Appellate Division, First Department. March 20, 1913.) Action by Herman Ellis against Leopold Miller and others. T. G. Strong, of New York City, for appellant. M. S. Guiterman, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

without costs. See, also, 140 N. Y. Supp. 286; 140 N. Y. Supp. 1118.